2012 JAN 24  P 12: 33

ROSEMARY GARITY
3231 N. Florenza St.
Pahrump, NV 89060
Phone/Fax 775-751-3374
E-mail garity@peoplepc.com
Pro se

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROSEMARY GARITY,                )
                                )
            Plaintiff,          )   Case No. 2:11-cv-01805-RCJ-CWH
    v                           )
                                )
USPS PMG PATRICK DONAHOE        )
                                )
            Defendant           )
_____)

UNOPPOSED MOTION FOR EXTENSION OF TIME (First Request)

The Plaintiff respectfully requests an extension of time to file the Opposition to Defendant's Motion to Dismiss or in the Alternative for a More Definite Statement in the above entitled case until on or before February 10, 2012. The current deadline is February 1 or 2, 2012.

In support of this instant Motion the Plaintiff submits the following:

1. The plaintiff has been summoned to appear for jury duty on January 25, 2012.

2. The plaintiff spoke with the defendant's representative on 01-23-12 and the defendant was not opposed to the extension of time.

3. The Motion is brought to accommodate the plaintiff.

4. The instant motion is filed in good faith and not for the purposes of delay.

1

WHEREFORE, for the above reasons, the plaintiff respectfully requests that the Motion for Extension of Time to file the Opposition to Dismissal in this case be granted.

Respectfully submitted this 24 th day of January, 2012

_____
Rosemary Garity


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 3, 2012

CERTIFICATE OF SERVICE

I certify that the document entitled UNOPPOSED MOTION FOR EXTENSION OF TIME was served on 01-24-12 in person to the following:

Justin E. Pingel
US Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101

Rosemary Garity
01-24-12