DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702)388-6787
justin.pingel@usdoj.gov

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY, | |
| Plaintiff, | Case No. 2:11-cv-01805-RCJ-CWH |
| v. | |
| USPS PMG PATRICK DONAHOE, | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(First Request)**

The Federal Defendant USPS PMG Patrick Donahoe, by and through Daniel G. Bogden, United States Attorney, and Justin E. Pingel, Assistant United States Attorney for the District of Nevada, respectfully requests an extension of time for the Federal Defendant to answer or otherwise respond to the Amended Complaint (Doc. #12) until on or before March 1, 2012. An answer or other response is currently due on or before February 23, 2012.

In support of the instant Motion, the Federal Defendant submits the following:

1. This Motion is brought in order to accommodate the undersigned counsel for the Federal Defendant.

2. On November 9, 2011, Plaintiff filed the initial Complaint (Doc. #1). On January 18, 2012, the Federal Defendant filed a Motion to Dismiss or in the Alternative for a More Definite Statement (Doc. #7). On February 6, 2012, Plaintiff filed an Opposition to the Motion to Dismiss (Doc. #11), and also filed an Amended Complaint (Doc. #12) in both this case and in another case in this Court (2:11-cv-01110-KJD-CWH).

3. The Court has not ruled on the Federal Defendant's Motion to Dismiss (Doc. #7).

4. On February 13, 2012, undersigned counsel contacted Plaintiff to request an extension of time of two weeks to respond to Plaintiff's Amended Complaint. On February 15, 2012, Plaintiff agreed to a one week extension to time in this case.

5. The requested extension of time is necessary in order for Government counsel to consult with agency counsel and properly respond to the Amended Complaint. Due to an increasingly heavy workload, undersigned counsel has had limited time to prepare.

6. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, Federal Defendant respectfully requests the instant Motion extending time to answer or otherwise respond to the Amended Complaint until on or before March 1, 2012, be granted.

Respectfully submitted this 15th day of February 2012.

DANIEL G. BOGDEN
United States Attorney

 /s/Justin Pingel
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 16, 2012

**PROOF OF SERVICE**

I, Justin E. Pingel, AUSA, certify that the following individual was served with the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on this date by the below identified method of service:

**U.S. Mail**

Rosemary Garity
3231 N. Florenza Street
Pahrump, Nevada 89060

DATED this 15th day of February 2012.

                                        */s/ Justin E. Pingel*
                                        JUSTIN E. PINGEL
                                        Assistant United States Attorney