# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROSEMARY GARITY,               )
                               )
        Plaintiff,             )   Case No.  2:11-cv-01805-MMD-CWH
                               )
vs.                            )   **ORDER**
                               )
PATRICK DOHAHOE,               )
                               )
        Defendant.             )
_____)

        This matter is before the Court on Plaintiff's Motion for Electronic Filing (#38), filed on February 15, 2013.

        Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF).  Plaintiff requests that the court allow her to use the Court's CM/ECF system in order to file, access, and electronically serve documents in this case.  After careful review of Plaintiff's explanation for why access is necessary, the Court finds good cause for allowing Plaintiff to use CM/ECF.

        Based on the foregoing and good cause appearing therefore,

        **IT IS HEREBY ORDERED** that Plaintiff's Motion for Electronic Filing (#38) is **granted**.  Plaintiff must comply with the following procedures in order to activate her CM/ECF account:

    a.    On or before **Tuesday, February 26, 2013**, Plaintiff shall provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

      c.      Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 19th day of February, 2013.

                                                _____
                                                **C.W. Hoffman, Jr.**
                                                **United States Magistrate Judge**