**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEMARY GARITY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-01805-MMD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PATRICK DOHAHOE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's request that Motion for Sanctions and to Seal Records (#139), filed on January 15, 2014, be heard on an emergency basis.

After reviewing the request, the Court finds that expedited consideration is not necessary as the request fails to comply with Local Rule ("LR") 7-5. LR 7-5 specifies that requests for judicial assistance in resolving an emergency dispute shall be accompanied by an affidavit setting forth "a detailed description of the emergency." Additionally, LR 7-5 provides, "It shall be within the sole discretion of the Court to determine whether any such matter is, in fact, an emergency."

The Court exercises its discretion to find that Motion #139 should not be heard on an emergency basis and the normal briefing schedule will apply. Plaintiff fails to cite any authority as required by LR 7-2 to support her motion for sanctions and to seal. Additionally, she fails to provide an affidavit with sufficient information to determine the nature of the emergency. Plaintiff also failed to include a statement certifying that she was unable to resolve the matter without court action as required by LR 7-5(d)(3).

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's request that Motion for Sanctions and to Seal Records (#139) be heard on an emergency basis is **denied**. LR 7-2 shall govern the briefing schedule for this motion.

1  DATED this 17th day of January, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**