DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
justin.pingel@usdoj.gov

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY, | ) |
| Plaintiff, | ) Case No: 2:11-cv-01805-MMD-CWH |
| v. | ) |
| USPS PMG PATRICK DONAHOE, | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME**
**(First Request)**

The Federal Defendant USPS PMG Patrick Donahoe respectfully requests an extension of time of four (4) days, up to and including March 28, 2014, to file a reply to Plaintiff's Opposition (ECF #153) to Federal Defendant's Motion to Compel (ECF #148) currently due on March 24, 2014.

In support of the instant Motion, the Federal Defendant submits the following:

1. This Motion is brought in order to accommodate the undersigned counsel for the Federal Defendant.

1

2.      The requested extension of time is necessary in order for Government counsel to prepare an adequate reply.  As stated in previous requests, Government counsel continues to be heavily involved in this case, as well as other time-consuming cases which have demanded much time preparing for hearings, depositions, discovery and the like, leaving little time to respond to numerous, contemporaneous filings by Plaintiff.  In addition, Government counsel will be out of the state from March 31 to April 4, 2014, attending mandatory training and must also complete other pending issues prior to that extended travel.

3.      Government counsel does not seek a significant extension of time, and the reply will be filed ten (10) days before the scheduled hearing on April 8, 2014.

4.      The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, Federal Defendant respectfully requests the instant Motion extending time of four (4) days, until March 28, 2014, be granted.

Respectfully submitted this 21st day of March 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ Justin E. Pingel
JUSTIN E. PINGEL
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 24, 2014

2