# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY, | ) |
|    Plaintiff, | ) Case No.  2:11-cv-01805-RFB-CWH |
| vs. | ) **ORDER** |
| PATRICK DONAHOE, | ) |
|    Defendant. | ) |

This matter is before the Court on Plaintiff's Motion to Stay (#201), filed September 2, 2014.  Plaintiff requests that the undersigned stay implementation of order (#159), which granted the Government's motion for attorney fees and costs in the amount of $2,577.30.  This request has already been made and the relief granted.  *See* Order (#198) (granting stay of Order (#159) pending resolution of Plaintiff's objections thereto).  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay (#201) is **denied as moot**.

DATED: September 3, 2014.

                                            **C.W. Hoffman, Jr.**
                                            **United States Magistrate Judge**