# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY, | Case No. 2:11-cv-01805-RFB-CWH |
| Plaintiff, | |
| v. | |
| USPS PMG MEGAN J. BRENNAN, | **ORDER** |
| Defendant. | |

Presently before the court is Defendant's motion to extend deadline to file joint pretrial order (ECF No. 323), filed on November 4, 2016.  Plaintiff filed a response (ECF No. 324) on November 6, 2016.  Defendant filed a reply (ECF No. 326) on November 16, 2016.

Defendant requests an extension of the deadline set by this court for a joint pre-trial order, previously set for November 7, 2016 to December 2, 2016.  Plaintiff opposes any such extension as untimely and unnecessarily dilatory.

Under Local Rule 26-4, a request for an extension that is filed less than 21 days before expiration of the deadline must be supported by a showing of good cause.  Defendant filed this request three days before the subject deadline.  Counsel for Defendant avers that she has had to attended to medical matters that have kept her away from work several times during the last three months, and that preparation of the joint pre-trial order has been very time-consuming.  Additionally, Defendant notes that Plaintiff's motion for reconsideration (ECF No. 317) of the court's order is still before the court, and must be ruled upon before this matter may proceed to trial.  Plaintiff argues that Defendant has previously been given numerous extensions and so should not be allowed to delay this case any further.  However, as the requested extension is relatively modest, and there is currently no pending trial date, the court finds that Plaintiff will not be prejudiced by the extension.  Further, Defendant has shown good cause for an extension.

//

1

1       IT IS THEREFORE ORDERED that Defendant's motion to extend deadline to file joint

2 pretrial order to December 2, 2016 is GRANTED.

3

4       DATED: December 2, 2016.

5

6                                 _____

                                  C.W. Hoffman, Jr.

7                                   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28