UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 19 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: ROSEMARY GARITY.

———————————————

ROSEMARY GARITY,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

        Respondent,

PATRICK DONAHOE, USPS PMG and MEGAN J. BRENNAN, USPS PMG,

        Real Parties in Interest.

No. 17-72805

D.C. No. 2:11-cv-01805-RFB-CWH
District of Nevada,
Las Vegas

ORDER

Before: TASHIMA, PAEZ, and IKUTA, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977); *see also In re County of Orange*, 784 F.3d 520, 525-526 (9th Cir. 2015). Accordingly, the supplemented petition is denied.

All pending motions are denied as moot.

**DENIED.**

SMR/MOATT