# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ROSEMARY GARITY,

    Plaintiff,

v.

PATRICK DONAHOE; MEGAN J. BRENNAN,

    Defendants.

Case No. 2:11-cv-01805-RFB-CWH

**ORDER**

On March 31, 2019, the Court entered judgment in favor of Plaintiff in the amount of $19,921.63 and directed the parties to file with the Court their estimation of pre-judgment interest. The Court has reviewed each parties' submission. The Court finds that the appropriate pre-judgment interest in this case is $475.79. This calculation is based upon an interest rate of 0.29% and 3006 days of accumulated interest. This calculation is consistent with 28 U.S.C. § 1961 as applied to pre-judgment interest calculations and relies upon the appropriate interest rate for the applicable time period.

Accordingly,

**IT IS ORDERED** that Plaintiff is awarded $475.79 in pre-judgment interest. This amount is awarded in addition to the equitable damages awarded in this Court's order of April (ECF No. 479).

**DATED:** <u>April 16, 2019</u>.

                                                                                         **RICHARD F. BOULWARE, II**
                                                                                         **UNITED STATES DISTRICT JUDGE**