NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Roger.Wenthe@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY, | Case No. 2:11-cv-01805-RFB-CWH |
| Plaintiff, | |
| v. | **UNITED STATES' REQUEST FOR 7-DAY EXTENSION OF TIME** |
| USPS PMG MEGAN J. BRENNAN, | |
| Defendant. | |

The United States of America respectfully requests the Court to extend the filing deadline for the United States' responses to Plaintiff's Bill of Costs and Motion for Attorney's Fees by seven days, from April 29, 2019, to May 6, 2019.

Dated this 22nd day of April 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Roger W. Wenthe
ROGER W. WENTHE
Assistant United States Attorney

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff has filed both a Bill of Costs, supported by 44 pages of exhibits, and a Motion for Attorney's Fees in this matter. (ECF Nos. 483, 484.) These filings raise numerous issues to which the United States must currently respond by April 29, 2019 (See entries in ECF Nos. 483 and 484).

Counsel for the United States has been in training outside Nevada on April 16-19, 2019. Counsel for the United States will also be outside Nevada conducting a collateral-duty mediation on April 24-26, 2019. In order to provide sufficient time to respond to Plaintiff's Bill of Costs and Motion for Attorney's Fees, therefore, the United States requests a seven-day extension of the deadline for responding, from April 29, 2019, to May 6, 2019.

Dated this 4th day of April 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_____
Roger W. Wenthe
Assistant United States Attorney

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED: April 23, 2019