1   NICHOLAS A. TRUTANICH
    United States Attorney
2   Nevada Bar No. 13644
    ROGER W. WENTHE
3   Nevada Bar No. 8924
    Assistant United States Attorney
4   501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101
5   Telephone: 702-388-6336
    Email: roger.wenthe@usdoj.gov
6
    *Attorneys for the United States*
7

8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10  Rosemary Garity,                    ) Case No: 2:11-cv-01805-RFB-CWH
                                        )
11           Plaintiff,                 )
                                        )
12      v.                              ) **Defendant's Motion to Re-Tax Costs**
                                        )
13  USPS PMG Megan J. Brennan,          )
                                        )
14           Defendant.                 )
                                        )
15  _____     )

16          The Defendant, pursuant to Fed. R. Civ. P. 54(d)(1) and LR 54-12, requests the

17  Court to review and re-tax the costs which were taxed by the Clerk of Court. *See* ECF Nos.

18  522 and 523.

19          Respectfully submitted this 14th day of April 2020.

20                                          NICHOLAS A. TRUTANICH
                                            United States Attorney
21
                                            */s/ Roger Wenthe*
22                                          ROGER W. WENTHE
                                            Assistant United States Attorney
23

24

25

26

27

28

                                        1

**Memorandum of Points and Authorities**

The Defendant requests the Court to review and re-tax the following portions of the clerk's order taxing costs:

1.      Fees for printed or electronically recorded transcripts necessarily obtained for use in the case.

2.      Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.

In accordance with LR 54-12(b), which states that the motion will be decided based on the materials already provided to the clerk, the Defendant hereby refers the Court to its Objection to Bill of Costs, ECF No. 495.

Respectfully submitted this 14th day of April 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Roger Wenthe*
ROGER W. WENTHE
Assistant United States Attorney

**PROOF OF SERVICE**

I, Roger W. Wenthe, certify that the foregoing document was served this date via the Court's Electronic Case Filing system.

Dated this 14th day of April 2020

*/s/ Roger Wenthe*
ROGER W. WENTHE
Assistant United States Attorney