UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 7 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSEMARY GARITY,<br><br>          Plaintiff-Appellant,<br><br>   v.<br><br>MEGAN J. BRENNAN, U.S Postmaster General,<br><br>          Defendant-Appellee. | No.   20-15588<br><br>D.C. No.<br>2:11-cv-01805-RFB-CWH<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: GOODWIN, SILVERMAN, and BRESS, Circuit Judges.

The panel has voted unanimously to deny the petition for panel rehearing. Judge Bress has voted to deny the petition for rehearing en banc, and Judges Goodwin and Silverman have so recommended.

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing is DENIED and the petition for rehearing en banc is DENIED.

No further filings will be entertained in this closed case.