CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

BRIANNA SMITH
Nevada Bar No. 11795
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
brianna.smith@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY, | Case No. 2:11-cv-01805-RFB-CWH |
| Plaintiff, | |
| v. | **Defendant's Motion to Re-Tax Costs** |
| USPS PMG MEGAN J. BRENNAN, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 54(d)(1) and LR 54-12, Defendant requests the Court to review and re-tax the costs which were taxed by the Clerk of Court. *See* ECF Nos. 522 and 523. This motion is being refiled in accordance with Minute Order, ECF No. 531.[1]

Respectfully submitted this 7th day of June 2021.

                CHRISTOPHER CHIOU
                Acting United States Attorney

                /s/ Brianna Smith
                BRIANNA SMITH
                Assistant United States Attorney

---

[1] A petition for rehearing was denied by the Ninth Circuit on June 7, 2021 and this motion follows.

## Memorandum of Points and Authorities

Defendant requests the Court to review and re-tax the following portions of the clerk's order taxing costs:

1. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case.

2. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.

In accordance with LR 54-12(b), which states that the motion will be decided based on the materials already provided to the clerk, the Defendant hereby refers the Court to its Objection to Bill of Costs, ECF No. 495.

Respectfully submitted this 7th day of June 2021.

                        CHRISTOPHER CHIOU
                        Acting United States Attorney

                        /s/ Brianna Smith
                        BRIANNA SMITH
                        Assistant United States Attorney