ROSEMARY GARITY
3231 Florenza St.
Pahrump, NV 89060
Telephone: 775-253-6127
E-mail geritz1@outlook.com
Pro se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEMARY GARITY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:11-cv-01805-RFB-CWH |
| | ) |
| USPS PMG MEGAN J. BRENNAN | ) |
| | ) |
| Defendant | ) |

REPLY TO RESPONSE TO ECF No. 542

Plaintiff hereby replies to defendant's response to ECF No. 542. Orders of Judge must be followed.

*/s/Rosemary Garity*
Rosemary Garity

MEMORANDUM OF POINTS AND AUTHORITIES

The defendant fails to respond to the fact that compliance with the Judge's Order ECF No. 478, 513 is not optional and was not conditional. The reason provided by defendant of inconvenience is not a valid reason for non-compliance with the Court's Order. The Costs Motions decision will address that motion not issues unaddressed in the motion. Defendant also claims that the ruling will be soon when many rulings are a year later. Figuring interest is a mathematical calculation and not at all complicated. There is Zero valid reason to be in contempt of the Judge's Order. The motion to compel and for contempt should be granted and payment ordered immediately.

Submitted this 17th day of August, 2021,

*/s/Rosemary Garity*
Rosemary Garity